In the Matter of the Claim of ERNEST FALK, Respondent, against MIDLAND DAIRY CO., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 15, 1935; decided February 26, 1935.)

·Harold V. Angevine and James I. Cuff for appellants.

Lloyd R. Christopher and Joseph P. Walsh for claimant, respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN and CROUCH, JJ.